Case 1:17-cr-02038-SMJ ECF No. 105 filed 07/28/17 PageID.181 Page 1 of 1

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 28, 2017

SEAN F. McAVOY, CLERK

CJA 23 (Rev. 11/11)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES ☒ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify below)

IN THE CASE OF _____ v. _____
FOR _____
AT _____

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): JOSE CERVANTES-VARGAS

1 ☒ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate Judge: _____
District Court: CR-17-2038-SMJ-5
Court of Appeals: _____

CHARGE/OFFENSE (describe if applicable & check box →): ☒ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Self-Employed
- Name and address of employer: Field work
- IF YES, how much do you earn per month? $ 1,500
- IF NO, give month and year of last employment? _____
- How much did you earn per month? $ _____
- If married, is your spouse employed? ☐ Yes ☒ No
- IF YES, how much does your spouse earn per month? $ _____
- If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- RECEIVED / SOURCES
- IF YES, give the amount received and identify the sources $ _____

**CASH**
- Do you have any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No IF YES, total amount? $ _____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- VALUE / DESCRIPTION
- IF YES, give value and description for each $ _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☒ Single ☐ Married ☐ Widowed ☐ Separated or Divorced
- Total No. of Dependents: 2
- List persons you actually support and your relationship to them: mother & niece

**DEBTS & MONTHLY BILLS** (Rent, utilities, loans, charge accounts, etc.)

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| Rent | $ | $ 450 |
| utilities | $ | $ 150 |
| food | $ | $ 500 |

I certify under penalty of perjury that the foregoing is true and correct.

X Jose Cervantes
SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)

Date: 7/28/17