PS3 (12/05-Rev. for PACTS 6/11)                                                                                          Jose Cervantes-Vargas/1:17CR02038-SMJ-5

In accordance with Title 18 U.S.C. § 3153(c)(1), Pretrial Services Reports are made available to Defense Counsel and the Government. The Pretrial Reports are not public record, are not to be reproduced or disclosed to any other party, and shall remain confidential.

# PRETRIAL SERVICES REPORT

| District/Office<br>Eastern District of Washington/Yakima | Charge(s) (Title, Section, and Description)<br>**Count 1**: 21 U.S.C. § 841(a)(1) - Conspiracy to Distribute 50 Grams or More of Actual (Pure) Methamphetamine |
|---|---|
| Judicial Officer<br>The Honorable Mary K. Dimke<br>U.S. Magistrate Judge | |
| Docket Number (Year – Sequence No. – Def. No.)<br>1:17CR02038-SMJ-5 | |

## DEFENDANT

| Name<br>Jose Cervantes-Vargas | Employer/School<br>Unknown |
|---|---|
| Other Names on Charging Document<br>Not applicable | |
| Address<br>Unknown | Employer/School Address<br>Unknown |

| Time at Address | Time in Community | Monthly Income | Time with Employer/School |
|---|---|---|---|
| Unknown | Unknown | Unknown | Unknown |

**INTRODUCTION:**

On July 28, 2017, the defendant made an initial appearance before the Honorable Mary K Dimke, U.S. Magistrate Judge in Yakima, Washington. The government filed a motion for detention and a pretrial services report was ordered. The defendant was not interviewed for the purposes of the pretrial services report at the request of his attorney. Mr. Cervantes-Vargas' attorney advised the defendant will likely waive his detention hearing.

**PRIOR RECORD:**

Information for this report was gathered through a search of the Washington State Judicial Information System (JIS), Washington Crime Information Center (WACIC), National Crime Information Center (NCIC), and Yakima County Sheriff's Office Database (Spillman).

According to the aforementioned records, the defendant, age 30, was born on December 2, 1986, in Jalisco, Mexico. The case agent advised the defendant has ties to Mexico and is an illegal alien. The agent indicated an immigration detainer is in progress, if not completed, as of the submission of this report.

PS3 (12/05-Rev. for PACTS 6/11)                                                                 Jose Cervantes-Vargas/1:17CR02038-SMJ-5

Using the name Jose P. Cervantes Vargas, the defendant received three infractions on May 21, and 29, 2016, for speeding (two times) and operating vehicle without insurance.

Mr. Cervantes-Vargas has two Spillman involvements on November 10, and 13, 2016, after his vehicle was stolen and recovered a few days later.

**ARREST BEHAVIOR**

According to the investigating agent, Mr. Cervantes-Vargas was compliant at the time of his arrest.

**ASSESSMENT OF NONAPPEARANCE:**

The defendant poses a risk of nonappearance for the following reasons:

1. Foreign citizenship and/or illegal alien
2. Ties to a foreign country
3. Unknown family, community, residence, education, employment, finances, property or health

**ASSESSMENT OF DANGER:**

The defendant poses a risk of danger for the following reasons:

1. Nature of instant offense
2. Unknown family, community, residence, education, employment, finances, property or health

**RECOMMENDATION:**

Based on the above information, it appears no condition or combination of conditions can be imposed by the Court that would reasonably assure the defendant's appearance in Court and the safety of the community. Therefore, continued detention of the defendant is recommended pending adjudication of the matter.

| Pretrial Services Officer<br><br>s/Erica Helms<br>Erica Helms, U.S. Probation Officer | Date<br><br>08/01/2017 | Time<br><br>9:37 a.m. |
|---|---|---|
| Reviewed By<br><br>s/Shane Moore<br>Shane Moore, Supervisory U.S. Probation Officer | ae | |