FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 27, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>OSVALDO FIGUEROA (01),<br>CESAR GARCIA-SANCHEZ (02),<br>MIGUEL VILLA (03),<br>JOSE JUAN VALENCIA-BRAVO (04),<br>JOSE CERVANTES-VARGAS (05),<br>JOSHUA ALLEN BASHAW (07),<br>CHARLES ALAN ROGERS (08),<br>DANIEL MARTINEZ-IZAZAGA (10),<br>AURORA GALVAN (11),<br>JUAN ALBERTO MARTINEZ (12),<br>DANIEL REYES-MORFIN (13),<br>SAUL CAMACHO-REYES (14),<br>MARIA RODRIGUEZ (15), and<br>SERGIO ACEVEDO-CANDIDO (16),<br><br>  Defendants. | No.  1:17-CR-02038-SMJ-01<br>1:17-CR-02038-SMJ-02<br>1:17-CR-02038-SMJ-03<br>1:17-CR-02038-SMJ-04<br>1:17-CR-02038-SMJ-05<br>1:17-CR-02038-SMJ-07<br>1:17-CR-02038-SMJ-08<br>1:17-CR-02038-SMJ-10<br>1:17-CR-02038-SMJ-11<br>1:17-CR-02038-SMJ-12<br>1:17-CR-02038-SMJ-13<br>1:17-CR-02038-SMJ-14<br>1:17-CR-02038-SMJ-15<br>1:17-CR-02038-SMJ-16<br><br>**ORDER GRANTING MOTION TO EXTEND TIME TO SUBMIT CASE BUDGETING**<br><br>**EX PARTE** |

Before the Court, without oral argument, is Defendant Charles Alan Rogers' Ex Parte Motion to Extend Time to Submit Case Budgeting, ECF No. 346. Defendant Rogers requests a 30-day extension of the deadline to submit case budgeting because counsel needs additional time to review recently received

ORDER EXTENDING TIME
TO SUBMIT BUDGETING- 1

discovery and determine if budgeting is appropriate. Having reviewed the pleadings and the file in this matter, the Court is fully informed and finds good cause exists to grant the motion.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** Defendant Charles Alan Rogers' Ex Parte Motion to Extend Time to Submit Case Budgeting, **ECF No. 346**, is **GRANTED.**

**2.** The defendants' deadline to submit a budget as discussed in the Court's September 25, 2017 ex parte order, ECF No. 332, is extended from October 30, 2017, to **November 29, 2017**.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all defense counsel.

**DATED** this 27th day of October 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge