JOSEPH H. HARRINGTON
Acting United States Attorney
Eastern District of Washington
BENJAMIN D. SEAL
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO: 1:17-CR-2038-SMJ |
| Plaintiff, | |
| vs. | GOVERNMENT'S STATUS REPORT REGARDING DISCOVERY |
| OSVALDO FIGUEROA et al., | |
| Defendants. | |

Plaintiff, United States of America, by and through JOSEPH H. HARRINGTON, Acting United States Attorney for the Eastern District of Washington, and Benjamin D. Seal, Assistant United States Attorney for the Eastern District of Washington, submits the following Government's Status Report Regarding Discovery, and states to the Court as follows:

Thus far, the Government has produced approximately 8,701 pages of bates stamped pages (in electronic format); 9 discs containing audio and/or video; and

numerous video and audio files produced electronically through USAfx (which is a secure, cloud-based file-sharing system).

Multiple defense counsel have at various times contacted counsel for the Government with specific inquiries regarding discovery. The Government has provided discovery responsive to those requests. Several inquiries were made during the week of November 13, 2017, which the Government is still looking into. At this time, the Government is not aware of any discovery disputes which are ripe for consideration by the Court.

DATED this 17th day of November, 2017.

JOSEPH H. HARRINGTON
Acting United States Attorney

s/ Benjamin D. Seal
BENJAMIN D. SEAL
Assistant United States Attorney

I hereby certify that on November 17, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the counsel of record in this case.

                                              s/Benjamin D. Seal
BENJAMIN D. SEAL
Assistant United States Attorney
United States Attorney's Office
402 E. Yakima Avenue, Suite 210
Yakima, WA 98901
Phone: (509) 454-4425